UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                                          Chapter 13
                                                                Case No. 18-40003
Frank M. Rosati                                                 Honorable Christopher J. Panos
Mary E Rosati


        Debtors
_____/

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Ditech Financial LLC, a secured creditor in the above captioned Chapter 13 case, hereby objects to the confirmation of the Chapter 13 Plan filed by the Debtor on or about February 12, 2018. As grounds for its objection, Creditor states as follows:

1.      On March 16, 2004, Frank Rosati and Mary E Rosati executed the Note to Countrywide Home Loans, Inc. in the original principal amount of $226,865.00 (the "Note"). The Note was subsequently endorsed in blank and transferred over to Creditor (assignee).

2.      The Note is secured by a Mortgage to Countrywide Home Loans, Inc., dated March 16, 2004 and recorded with the Middlesex County Registry of Deeds at Book 167, on Page 119 (the "Mortgage"). The Mortgage was subsequently assigned to Green Tree Servicing, LLC by Assignment of Mortgage dated May 16, 2013 and recorded with Middlesex County Registry of Deeds at Book 00167, Page 119.  The Mortgage was transferred to Ditech via merger.

3.      The Mortgage is a First Mortgage on real property owned by the Debtors known and numbered as 10 Anniversary Way, Billerica, MA 01821.

4.      Ditech Financial LLC is the current holder of the Note and Mortgage.

5.      Bonial & Associates, P.C. services the loan.

6. The Debtors filed a voluntary petition seeking relief under Chapter 13 of the United States Bankruptcy Code on January 2, 2018.

7. On February 12, 2018, the Debtors filed a Chapter 13 Plan (the "Plan").

8. The Plan provides for no arrears or on-going monthly payments to Ditech Financial LLC, but rather proposes to sell the property.

9. Creditor objects to the treatment of their claim under the Plan insofar as the Plan does not set a timeline for sale of the property nor does it provide an alternative treatment if the Property is not sold.

10. The Mortgage is in default with an arrearage of $70,626.81 and a total debt balance of $220,308.77 pursuant to Proof of Claim No.1 filed on 02/27/2018

WHEREFORE, Ditech Financial LLC objects to confirmation of the Plan insofar as the Plan does not adequately provide for the secured claim. Creditor therefore requests that the Court deny confirmation of the Plan as currently proposed.

    Ditech Financial LLC

    By its attorneys,

Date:   March 13, 2018

    /s/ Michael E. Swain\_\_\_\_
    Michael Swain, Esq.  676513
    Orlans PC
    PO Box 540540
    Waltham, MA 02454
    (781) 790-7800
    Email: bankruptcyNE@orlans.com
    File Number: 18-002769